UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:16-cr-539-T-36AEP

EDWIN JOEL MONTIJO-GONZALEZ

## FINAL REVOCATION HEARING

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc.41), entered September 6, 2018, to which there has been no objection and the 14 day objection period has expired, the Report and Recommendation on Violation of Supervised Release of the Defendant is now accepted.

**A Final Revocation Hearing was previously scheduled for September 28, 2018 at 10:00 AM before the undersigned and will proceed as scheduled.**

**DONE and ORDERED** in Tampa, Florida this 25th day of September 2018.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services